# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-1203
LT Case No. 2020-301242-CFDB

———————————————

JOSHUA HUBA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Joshua Huba, Moore Haven, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

May 15, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 31, 2025 order dismissing Defendant's motion for postconviction relief rendered in Case No. 2020-301242-CFDB, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, HARRIS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____